IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:12-CV-405-FL

| | | |
|---|---|---|
| B.H. by his parents T.H. and J.H.; | ) | |
| T.H. and J.H., | ) | |
|     Plaintiffs, | ) | ORDER SEALING DEFENDANT |
| | ) | JOHNSTON COUNTY BOARD OF |
| v. | ) | EDUCATION'S OBJECTIONS TO |
| | ) | PROPOSED ADMINISTRATIVE |
| | ) | RECORD |
| JOHNSTON COUNTY BOARD | ) | |
| OF EDUCATION, | ) | |
|     Defendant. | ) | |

This matter is before the Court on Defendant Johnston County Board of Education's Motion to Seal its Objections to the Proposed Administrative Record. By Order of this Court dated May 14, 2013, the Administrative Record in this matter was sealed due to the confidential nature of medical and educational records related to a minor child contained therein. Defendant's motion states that the information and exhibits contained in its Objections to the Proposed Administrative Record relate back to the Administrative Record already under seal by Order of this Court.

THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant Johnston County Board of Education's Objections to the Proposed Administrative Record be SEALED.

This __28th__ day of __August__, 2013.

_____
LOUISE W. FLANAGAN
United States District Court Judge