IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-405-FL

| | |
|---|---|
| B.H., by his parents T.H. and J.H., T.H., and J.H., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| JOHNSTON COUNTY BOARD OF EDUCATION, | ) ) ) ) |
| Defendant. | ) |

This case comes before the court on the parties' joint motion (D.E. 107) to cancel the teleconference set before the undersigned today, 2 April 2015, at 2:30 p.m. For good cause shown, the motion is GRANTED, and the teleconference is hereby CANCELLED.

SO ORDERED, this the 2nd of April 2015.

James E. Gates
United States Magistrate Judge